

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00330-CV

| | | |
|---|---|---|
| SANDY LAKE CHIROPRACTIC AND REHABILITATION, PA, STEPHEN WARD, AND MICHAEL SCHNAPPAUF, Appellants | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-349469-24) |
| V. | | |
| | § | August 7, 2025 |
| JASON TINLEY, AS TRUSTEE ON BEHALF OF ALS GRANTOR TRUST, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr